UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 APR -6 PM 1:40

CLERK-ALBUQUERQUE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CIVIL NO. |
| 1   1CV1126 | ) | 11cv1126-LFG/ACT |
| | ) | |
| Willie Raymond Hall | ) | |
| | ) | |

VERIFIED CLAIM OF WILLIE R. HALL

Now comes Willy Raymond Hall and on oath states:

1. I am the lawful owner of $66,665 of US currency seized on August 23, 2011

2. as such, I have an interest in these monies because I am the lawful owner

3. I contest the forfeiture. I am currently represented by attorney Geoffrey G. Nathan Boston Massachusetts

4. I am filing a claim with the US Attorney and am requesting that my contest of the forfeiture take place in the United States District Court

Signed under the pains and penalties of perjury this March 28, 2012

Willie Raymond Hall     *[signature: Willie R. Hall]*

Date:
    4-2-12

**GEOFFREY G. NATHAN**
ATTORNEY AT LAW
132 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116-4606

www.criminal-defenselawyer.com
nathanlaw@msn.com
(617) 262-1060 x31
(617) 472-5775 (residence)
(520) 395-7789 (interstate fax)
(617) 479-0917 (local fax)

3/27/2012

Clerk
Federal Court
333 Lomas NW #270
Albuquerque NM 87102

RE: US v. Hall 11CV1126

Dear Sir/Madam:

Enclosed find the following Motions:

1. Verified Claim of Willie R. Hall

Kindly file in the docket of this matter.


Sincerely,

*[signature]*

Geoffrey G. Nathan


Cc: Asst. US Atty Wiseman

**NATHAN LAW OFFICES**
132 BOYLSTON ST.
5TH FLOOR
BOSTON, MA 02116
(617) 472-5775

7102+2274

Clerk
Federal Court
333 Lomas NW #270
Albuquerque NM 87102

RECEIVED
At Albuquerque NM

APR 6 2012

MATTHEW J. DYKMAN
CLERK